**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Teniya Booker, et al.

                        Plaintiff,

v.                                        Case No.: 1:25−cv−12434
                                        Honorable Jeffrey I Cummings

The Safe Fair Food Company LLC

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 21, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: The parties have filed a joint stipulation of dismissal [19], which is self−executing under Rule 41(a)(1)(A)(ii). All pending deadlines and hearings are stricken. Civil case terminated. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.